RECEIVED
DEC 3 0 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **HENRY JAMES** | : | **DOCKET NO. 2:08-cv-646** |
| **VS.** | : | **JUDGE DOHERTY** |
| **SGT. RICHARDSON, ET AL** | : | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 30 day of December, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE